UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,                  Case No. 1:25–mj–00578–SJB

    v.                             Hon. Sally J. Berens

JOSEPH BRANDON,

          Defendant.

_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    First Appearance – Rule 5 (Out
Date/Time:             November 19, 2025   09:30 AM
Magistrate Judge:    Sally J. Berens
Place/Location:       650 Federal Building, Grand Rapids, MI

                               SALLY J. BERENS
                               U.S. Magistrate Judge

Dated:  November 13, 2025     By:  _/s/ Jenny Norton_____
                                   Courtroom Deputy